# Tarrant County District Clerk Online
## Thomas A. Wilder, District Clerk

Civil Case and Transaction Information                    12/08/2020 8:48 AM

Court : 348    Case : 321220    [Search]  [New Search]   ☐ Show Service Documents ONLY

**Cause Number : 348-321220-20**                         **Date Filed : 10-27-2020**

MARIA BARRERA DE PAIZ   | VS |   WAL-MART STORES, INC.

**Cause of Action :** INJURY OR DAMAGE, PREMISES
**Case Status :** PENDING

| File Mark | Description | | | Assessed Fee | Credit/Paid Fee |
|---|---|---|---|---|---|
| 10-27-2020 | PLTFS ORIG PET & WRITTEN DISC | PDF | N | $289.00 | |
| 10-27-2020 | PAYMENT RECEIVED TRANS #1 | | Y | | $289.00 |
| 10-27-2020 | LTR REQ CITS (EMAIL-FS) | PDF | | | $0.00 |
| 10-27-2020 | CIT-ISSUED ON WAL-MART STORES INC- On 10/28/2020 | PDF | N   Svc | $8.00 | |

# EXHIBIT B

| | | | | |
|---|---|---|---|---|
| 10-27-2020 | PAYMENT RECEIVED TRANS #4 | Y | | $8.00 |
| 11-17-2020 | CITATION RETURN (WAL-MART STORES INC) | | | $0.00 |
| 11-17-2020 | CIT Tr# 4 RET EXEC(WAL-MART STORES INC) On 11/13/2020 | | | $0.00 |
| 12-07-2020 | [ORIG ANS] DEFNS ORIG | | | $0.00 |